UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| JAMES BATTERSON, | ) | 3:07-CV-0142-BES-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | |
| | ) | DATED:  August 28, 2007 |
| BRUCE BANNISTER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann          Court Reporter:      FTR

Counsel for Plaintiff(s):      James Batterson (Telephonically)

Counsel for Defendant(s):      Clark Leslie

PROCEEDINGS: MOTION HEARING

9:34 a.m.  Court convenes.

　　　The Court addresses the parties regarding the purpose of this hearing.

　　　On June 27, 2007, the plaintiff filed an emergency motion for order compelling disclosure or discovery (#9), the defendants' opposed (#11), and plaintiff replied (#12).

　　　The parties present their respective arguments regarding plaintiff's motion (#9).

　　　Having heard from the parties and good cause appearing, the Court finds that plaintiff's emergency motion (#9) is DENIED; however, the plaintiff shall be allowed to review his medical records.

　　　IT IS ORDERED that the plaintiff shall be allowed to review his medical records for one (1) full hour.  The plaintiff shall be permitted to take notes from his medical files and possess those notes in his cell; however, if he chooses to tab documents for copying, he shall do so at his own expense, and those documents shall be stored according to policy of the Nevada Department of Corrections ("NDOC"), to be used by the plaintiff in connection with this litigation.

James Batterson v. Bruce Bannister, et al.
3:07-CV-0142-BES-VPC
August 28, 2007
Page 2

     IT IS ORDERED that Deputy Attorney General Clark Leslie provide a copy of this order the appropriate officials at NDOC to ensure that the plaintiff's review of his medical records is complete no later than **Thursday, September 27, 2007**.

     The Court and the parties discuss the plaintiff's motion for order compelling disclosure or discovery (#16).

     IT IS ORDERED that plaintiff's motion for order compelling disclosure or discovery (#16) is GRANTED insofar as Ms. Lemich shall be required to answer the plaintiff's interrogatories no later than **Thursday, September 27, 2007**.

     The Court and the parties discuss the plaintiff's motion for extension of time to complete discovery (#17).

     IT IS ORDERED that the plaintiff's motion for extension of time to complete discovery (#17) is GRANTED. The following deadlines shall govern this action:

| | |
|---|---|
| **Discovery cut-off:** | Monday, October 29, 2007 |
| **Dispositive motion deadline:** | Wednesday, November 28, 2007 |
| **Joint pretrial order deadline:** | Friday, December 28, 2007 |

     In the event dispositive motions are filed, the deadline for filing the joint pretrial order shall be suspended until thirty (30) days after the ruling on the dispositive motion or by further order of the Court.

     The Court advises the parties that should they be interested in a settlement conference after the close of discovery they shall have leave to request that a settlement conference be scheduled.

     **IT IS SO ORDERED.**

10:18 a.m.  Court adjourns.

                                              LANCE S. WILSON, CLERK

                                              By:_____/s/_____
                                                  Lisa Mann, Deputy Clerk