UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES BATTERSON, | ) | 3:07-CV-0142-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2010 |
| | ) | |
| BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to re-set dates in minute order #86 is **GRANTED in part**.  The trial is this matter is set on the District Court's stacked calendar of October 19, 2010 (#86). Therefore, the settlement conference will take place on October 4, 2010 as scheduled; however, the settlement conference will take place telephonically.

Clark Leslie, attorney for defendants, and defendants' client representatives shall appear in person for the settlement conference.  The Office of the Attorney General shall make arrangements for Mr. Batterson to appear telephonically by calling the Courtroom Administrator, Lisa Mann (775-686-5653) and providing her the telephone number where Mr. Batterson may be reached on the date of the conference.

Defendants shall provide their confidential settlement conference statement to the court no later than 5:00 p.m. on Thursday, September 30, 2010.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk.